738

**COMMISSIONER OF INTERNAL REVE-
NUE, Petitioner, v. ESTATE of Harriet
Frances WHITING et al., Respondent.**

No. 8474.

Circuit Court of Appeals, Sixth Circuit.

Jan. 14, 1941.

Samuel O. Clark, Jr., J. P. Wenchel,
Sewall Key, Irving M. Tullar, and Edward
H. Hammond, all of Washington, D. C.,
for petitioner.

Joseph M. Blake, of Canton, Ohio, for
respondent.

Before SIMONS, HAMILTON, and
MARTIN, Circuit Judges.

PER CURIAM.

It is agreed by both the petitioner and
the respondent, that the decision of the
Board of Tax Appeals must be set aside
upon the authority of Helvering v. Bruun,
309 U.S. 461; wherefore, it is ordered that
the decision be and it is hereby set aside
and the cause remanded to the Board of
Tax Appeals for further proceedings.

**In the Matter of DELTA BREWING COM-
PANY, a Corporation.**

**NORTHWESTERN BREWERS SUPPLY
COMPANY and Sturdy-Bilt Equipment
Corporation, Appellants, v. William J.
SCHMIT, Appellee.**

No. 8757.

Circuit Court of Appeals, Sixth Circuit.

Jan. 14, 1941.

Roy R. Stauff, of Milwaukee, Wis., and
Glenn W. Jackson, of Gladstone, Mich.,
for appellants.

Herbert Rushton, of Escanaba, Mich.,
for appellee.

Before SIMONS, ALLEN, and MAR-
TIN, Circuit Judges.

PER CURIAM.

It appearing to the court that in the ab-
sence of a petition for reclamation or the
filing of a claim for priority as secured
creditors, that there·was no error in the
order of the District Court sustaining the
referee in bankruptcy in the confirmation
of a sale of assets free and clear of en-
cumbrances, wherefore, it is ordered that
the decree below be and it is hereby af-
firmed.

**EQUITABLE TRUST CO., Plaintiff-Appellee,
v. William C. SCHWEBEL, Defendant-
Appellant.**

Nos. 7558, 7645.

Circuit Court of Appeals, Third Circuit.

Feb. 17, 1941.

Louis Sherman, of Philadelphia, Pa.,
for appellant.

Paul Freeman, of Philadelphia, Pa.
(Freeman, Fox & Steeble, of Philadelphia,
Pa., and John Lloyd, Jr., of Atlantic City,
N. J., on the brief), for appellee.

Before BIGGS, MARIS, and JONES,
Circuit Judges.

PER CURIAM.

The orders, 32 F.Supp. 241, appealed
from are affirmed.